# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEIRDRE P. MARSH–GIRARDI,

V.

CLIENT RESOLUTION MANAGEMENT, LLC,

SUMMONS IN A CIVIL CASE

CASE NO: 2:19–CV–02188–JAM–AC

**SERVED**

TO:  **Client Resolution Management, LLC**
Defendant's Address:
   1675 Niagara Street
   Buffalo, New York 14213

**YOU ARE HEREBY SUMMONED** and required to serve on

**Nicholas Michal Wajda**
**Wajda Law Group, APC**
**6167 Bristol Parkway, Suite 200**
**Culver City, CA 90230**

an answer to the complaint which is served on you with this summons, within **21** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MARIANNE MATHERLY
CLERK

/s/  M. York

(By) DEPUTY CLERK



ISSUED ON 2019–10–30 09:52:44.0 , Clerk
USDC EDCA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-02188-jam-ac

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Client Resolution Management LLC
was received by me on *(date)* November 5, 2019.

☒ I personally served the summons on the individual at *(place)* 1675 Niagara St, Suite 3, Buffalo, NY 14213 POSTED TO LOCKED DOOR on *(date)* November 12, 2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: November 18,

*Server's signature*

Michael Hadden - Process Server
*Printed name and title*

PO Box 1932
Amherst, NY 14226
*Server's address*

Additional information regarding attempted service, etc:
Door Locked, PS can hear activity inside, no answer after knocking loudly.

Print   Save As...   Reset