# Exhibit A

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DEIRDRE P. MARSH-GIRARDI,

          Plaintiff,

   v.

CLIENT RESOLUTION
MANAGEMENT, LLC ,

Defendant.

Case No.  2:19-cv-02188-JAM-AC

**ATTORNEY FEES AND COSTS**

**Attorney Fees:**

| Date | Description | Attorney/Staff | Role | Rate | Time | Amount |
|------|-------------|----------------|------|------|------|--------|
| 10/28/2019 | Reviewed documents to verify potential causes of action | Nicholas Wajda | Attorney | $375.00 | 0.5 | $187.50 |
| 10/28/2019 | Researched proper defendant | Nicholas Wajda | Attorney | $375.00 | 1.0 | $375.00 |
| 10/28/2019 | Verified  facts to determine if all elements of FDCPA, TCPA and RFDCPA  are present | Nicholas Wajda | Attorney | $375.00 | 0.5 | $187.50 |
| 10/29/2019 | Drafted Complaint | Nicholas Wajda | Attorney | $375.00 | 3.0 | $1,125.00 |
| 10/30/2019 | Reviewed Complaint | Nicholas Wajda | Attorney | $375.00 | 0.5 | $187.50 |

| 10/30/2019 | Filed Complaint, sent to process server for service | Jessie Sharon | Paralegal | $125.00 | 1.0 | $125.00 |
| 11/20/2019 | Filed Executed Summons | Kiran Wadia | Paralegal | $125.00 | 0.2 | $25.00 |
| 12/5/2019 | Drafted Motion for Entry of Default | Nicholas M. Wajda | Attorney | $375.00 | 1.0 | $375.00 |
| 12/5/2019 | Filed Motion for Entry of Default and mailed to Opposing Counsel | Kiran Wadia | Paralegal | $125.00 | 0.5 | $62.50 |
| 1/30/2020 | Drafted Motion for Default Judgement | Nicholas Wajda | Attorney | $375.00 | 3.5 | $1,312.50 |

$3,962.50

**Costs:**
Filing Fee                                    $    400.00
Service(R.O.S. Consulting, Inc.)              $    95.00
Mailing Cost                                  $    6.80
**Total Costs:**                              **$    501.80**

**Grand Total**
Attorney Fees                                 $ 3,962.50
Costs                                         $ 501.80
**Total**                                     **$ 4,464.30**