# Exhibit B

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE P. MARSH-GIRARDI,<br><br>Plaintiff,<br><br>v.<br><br>CLIENT RESOLUTION MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:19-cv-02188-JAM-AC<br><br>**AFFIDAVIT OF NICHOLAS M. WAJDA** |

1. I am the attorney for Plaintiff in the above-entitled action and as such, I am familiar with the billing, records, events, and pleadings in this matter.

2. The Summons and Complaint were served upon Defendant on November 5, 2019.

3. A responsive pleading to the Complaint was due on November 26, 2019. No response was tendered within the time allowed by law, nor has the Defendant sought additional time within which to respond.

4. As required by the Service Members Civil Relief Act of 2003, I have confirmed that the Defendant is not currently in active military service.

5. To my best information and belief, Defendant is not an infant or an incompetent person. Plaintiff's primary claims are for statutory damages under the Fair Debt Collection Practices Act of $1,000.00 as provided under 15 U.S.C. §1692k (a)(2)(A); Telephone Consumer

Protection Act of $12,500.00 as provided under 47 U.S.C §§ 227(b)(3)(B) and $ 1,000.00 as provided under Cal. Civ. Code § 1788.30 (b).

6. Plaintiff seeks reasonable costs and attorney fees of $ 4,464.30 as provided under 15 U.S.C. §1692k(a)(3) and Cal. Civ. Code § 1788.30(c).  Billing has been kept by an electronic billing system and is reasonable for an attorney with similar experiece.

7. The Plaintiff is requesting the entry of judgment in the total amount of $ 18,964.30 against Defendant for its violations of law.

Nicholas M. Wajda
Counsel for Plaintiff

2