UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE P. MARSH-GIRARDI,<br><br>Plaintiff,<br><br>v.<br><br>CLIENT RESOLUTION MANAGEMENT, LLC,<br><br>Defendant. | No.  2:19-cv-2188 JAM AC<br><br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On February 28, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 9.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2020, are adopted in full;

2. Plaintiff's January 30, 2020 motion for default judgment (ECF No. 7) is DENIED without prejudice to renewal upon effective proper service of process; and

1

3. Plaintiff is granted and extension of 30 days from the date these findings and recommendations are adopted to serve defendant. <u>See</u> Fed. R. Civ. P. 4(m).

DATED: May 6, 2020

                                          <u>John A. Mendez</u>_____
                                          United States District Court Judge