**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
nick@wajdalaw.com
*Attorney for the Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIRDRE P. MARSH-GIRARDI,<br><br>Plaintiff,<br><br>v.<br><br>CLIENT RESOLUTION MANAGEMENT, LLC,<br><br>Defendant. | Case No. 2:19-cv-02188-JAM-AC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, DEIRDRE P. MARSH-GIRARDI, by and through her undersigned attorney, having filed with this Court her Agreed Stipulation of Dismissal with prejudice and the Court having reviewed same, now finds that the Plaintiff's filed Complaint should be dismissed with prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice.

Dated: 9/4/2020

/s/ John A. Mendez
United States District Court Judge

1